ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ZACHARY M. GLIMCHER (CABN 308053)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   zachary.glimcher@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. 4:23-CR-00061-HSG |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO VACATE STATUS CONFERENCE AND EXCLUDE TIME AND ORDER |
| BRITTANY STEELE RAY, | ) |
| Defendant. | ) |

     It is hereby stipulated by and between counsel for the United States and counsel for the defendant Brittany Steele Ray, that the status currently set for Wednesday, April 3, 2024, be vacated until defendant Ray becomes available, and that time be excluded under the Speedy Trial Act between April 3, 2024 and when she becomes available.

     The parties request this continuance because, on or about March 8, 2024, the defendant was arrested and being held at the Yolo County Jail. Pending resolution of charges filed by the Yolo County District Attorney's Office, the parties request that the Court vacate the aforementioned status conference to allow time to determine when the defendant can be produced for the next hearing and secure her presence. In coordination with Pretrial Services, the parties will file a stipulation and proposed order once a date certain for her appearance is obtained and the government files a writ of *habeas corpus ad*

*prosequendum*.

The United States and counsel for the defendant previously agreed that time be excluded under the Speedy Trial Act, from January 31, 2024 until April 3, 2024, so that defense counsel could continue to prepare, including by reviewing the discovery already produced. The parties now stipulate that the instant delay is resulting from trial with respect to other charges against the defendant; pending its resolution, the parties agree time should be excluded under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(B).

The undersigned Special Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: March 26, 2024

/s/
ZACHARY M. GLIMCHER
Special Assistant United States Attorney

DATED: March 26, 2024

/s/
SAMANTHA JAFFE
Counsel for Defendant Brittany Steele Ray

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that there is good cause to vacate the date of the status conference currently set April 3, 2024. The Court further finds that the delay is resulting from trial with respect to other charges against the defendant. 18 U.S.C. § 3161(h)(1)(B). Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status conference currently set for April 3, 2024 is VACATED, and that time from April 3, 2024 until the date of the defendant's next appearance shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h). IT IS FURTHER ORDERED that the parties file a stipulation and proposed order to calendar a status hearing in this matter once a date for the defendant's presence can be ascertained.

IT IS SO ORDERED.

DATED: 3/27/2024

HON. HAYWOOD S. GILLIAM JR.
United States District Judge