JODI LINKER
Federal Public Defender
Northern District of California
SAMANTHA JAFFE
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:   (510) 637-3507
Email:        Samantha_Jaffe@fd.org

Counsel for Defendant Ray

FILED

May 17 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 23–0061 HSG |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE BAIL VIOLATION/BOND HEARING FROM MAY 20, 2024 TO MAY 21, 2024** |
| v. | |
| BRITTANY STEELE RAY, | |
| Defendant. | Hearing Date:   May 20, 2024<br>Hearing Time:   10:30 a.m. |

Ms. Ray appeared before this Court on May 15, 2024 for her initial appearance on bail violation proceedings. This Court set a further hearing on May 20, 2024, for an update on in-patient substance abuse program eligibility. Ms. Ray is being screened for in-patient today, May 17, 2024, at 4:00 p.m. Accordingly, the parties stipulate and request that the further hearing be moved to May 21, 2024, at 10:30 a.m. so that the parties have time to confer with the program on May 20, 2024, following the screening this afternoon.

Dated: May 17, 2024

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

　　　　　　　　／S
SAMANTHA JAFFE
Assistant Federal Public Defender

Dated: May 17, 2024

ISMAIL J. RAMSEY
United States Attorney
Northern District of California

　　　　　　　　／S／
ZACHARY GLIMCHER
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRITTANY STEELE RAY,<br><br>Defendant. | Case No.: CR 23–0061 HSG<br><br>**ORDER TO CONTINUE FURTHER BAIL VIOLATION/BOND HEARING**<br><br>**Hearing Date:** May 20, 2024<br>**Hearing Time:** 10:30 a.m. |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that the further bail violation/bond hearing set on May 20, 2024 is vacated and reset for May 21, 2024, at 10:30 a.m.

IT IS SO ORDERED.

Dated:   May 17, 2024

THE HON. DONNA M. RYU
Chief United States Magistrate Judge